Tracy Edgar Knox, pro se. James Ashford Metcalfe, Assistant United States Attorney, Janet S. Reincke, Office of the United States Attorney, Norfolk, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tracy Edgar Knox seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Knox,* Nos. CR–98–13; CA–00–115 (E.D.Va. Oct. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Guy Carmichael Crenshaw, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judges.

PER CURIAM.

Guy Carmichael Crenshaw appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582 (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Crenshaw,* No. CR–96–47 (W.D.Va. Nov. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guy Carmichael CRENSHAW,**
**Defendant–Appellant.**

No. 00–7653.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark D. ROBINSON, Defendant–**
**Appellant.**

No. 00–7677.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.